JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: jthompson@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WENDY J. ZAMARRIPA, | Case No. 2:19-cv-02207-GMN-NJK |
| Plaintiff, | |
| vs. | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| EQUIFAX INFORMATION SERVICES LLC, | |
| Defendant. | **FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from January 14, 2020 through and including **February 13, 2020**. The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 16th day of January, 2020.

| | |
|---|---|
| CLARK HILL PLLC | <u>*No opposition*</u> |
| By: /s/<br>Jeremy J. Thompson<br>Nevada Bar No. 12503<br>3800 Howard Hughes Pkwy, Suite 500<br>Las Vegas, NV 89169<br>Tel: (702) 862-8300<br>Fax: (702) 862-8400<br>Email: jthompson@clarkhill.com | /s/<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>Phone: (702) 880-5554<br>Fax: (702) 385-5518<br>Email: dkrieger@hainesandkrieger.com |
| *Attorney for Defendant Equifax Information Services LLC* | *Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: January 17, 2020